FILED: November 2, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2250
(6:69-cv-00702-H)

_____

In re: RONDA EVERETT; MELISSA GRIMES; CAROLINE SUTTON; CHRISTOPHER W. TAYLOR, next friends of minor children attending Pitt County Schools; PITT COUNTY COALITION FOR EDUCATING BLACK CHILDREN

       Petitioners

_____

O R D E R

_____

Upon consideration of the petition for writ of mandamus, the court denies the petition.

Entered at the direction of Judge Wynn with the concurrence of Judge Niemeyer and Judge Diaz.

                  For the Court

                  /s/ Patricia S. Connor, Clerk